

## Jon M. Babineau, PC
### Attorney and Counselor at Law

December 3, 2019

<u>Via Hand Delivery</u>
Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Attn: Criminal Division
600 Granby Street
Norfolk, Virginia 23510

      Re:    United States of America v. Mikel Manthey, Jr.
              Case No.:  2:19cr87

Dear Mr. Galindo:

    Enclosed please find an original and one copy of a Subpoena to Testify in a Criminal Case, which I kindly ask that you prepare for service. I have enclosed one additional copy for electronic filing.

    My private process server will be serving the subpoena.

    Thank you for your usual kind assistance in this regard. I remain,

                            Very truly yours,

                            /s/

                          Jon M. Babineau

JMB/cp
Enclosures
cc:    Mikel Manthey, Jr.

18-0102