IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:19CR87

MIKEL MANTHEY, JR.,

Defendant.

### ORDER

This matter comes before the Court upon Mikel Manthey, Jr.'s ("Defendant") Unopposed Motion to Continue Sentencing Hearing, which is currently scheduled for December 17, 2019, at 2:00 p.m. ECF No. 24.

Upon consideration of Defendant's motion and without objection from the United States, the Court **FINDS** that it is in the interest of justice to continue Defendant's sentencing hearing. Accordingly, Defendant's Unopposed Motion to Continue Sentencing Hearing, ECF No. 24, is hereby **GRANTED**, and Defendant's sentencing hearing is **RESET** for **Monday, February 10, 2020 at 10:00 a.m.**, in Norfolk.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record, to the United States Marshal, and to the United States Probation Office.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

Norfolk, VA
December 6, 2019