Elizabeth Jaeckle
1 Jonathan Ct.
Defiance, MO 63341

December 2, 2019

The Honorable Robert G. Doumar
600 Granby Street
Norfolk, VA 23510



Your Honor,

    I have known Mike Manthey since I was 11. I have seen him through the eyes of a child enamored with him, the eyes of a young adult looking for guidance in how to live in this world, and through the eyes of a parent trying to be the best person for my children. In all the 32 years I have known him I have witnessed consistent solidness of character. There is a constancy in knowing that Mike will do anything for me, sacrifice anything for me, and always put others before himself.

    As a young child I experienced his selflessness whenever there was work to be done on our family farm. He would come over planning on taking my sister out on a date, and more often than not he would end up staying the evening and working in our greenhouses with us or helping my dad with some physical task that he couldn't perform any more. When he did get to take my sister somewhere, often they took me as well. Even as a young man, Mike realized that I needed some special attention. I often was left alone and not included in things. Mike understood this and did the right thing.

    As a teenager I saw Mike make the decision to serve his country in the Navy. I cannot express the pride and satisfaction I saw on his face when he came home from bootcamp, knowing that he had found his place in life, serving others. Mike initially chose to be a corpsman, serving those who were usually in some sort of distress, hurting or sick. This was a perfect fit for him. His calm, collected demeanor instantly puts people at ease and his big stature makes you feel like he can take care of you and handle anything.

    Later in his career he chose to switch gears and become an EOD tech. Another protective role, another role in which his calm professionalism lends itself to a confidence from everyone that he knows what to do and will take care of any situation. This is also a path in which any flaw of character will immediately be noticed by superiors. They cannot have someone in this position that will ever deviate from what is right. Lives will be lost if someone in this job would ever decide that they could go off course and do what they wanted. Character flaws are noticed in these roles and even more than that they are actively looked for and analyzed. Mike does not have them, he does what is right, he sacrifices for others, and he trusts what others tell him.

    Finally, as an adult, I looked to Mike for guidance on parenthood. This is where he shines the brightest. Throughout his career he has been called away from his family on many occasions and for long periods of time. To many this may have ended in a strained or distant relationship with their children. Not with Mike. Because of the person he is, he has been a very present and constant influence in his children's lives. They have a very close, playful, loving relationship. He has shown me how to be first a good example to his children. This is of prime importance to him; he wouldn't do anything to compromise this one aspect of his life. I have watched him suppress his own fears, hurts,

and anger to be there for his daughter during the worst of situations. I have seen him tenderly hold her as she cried in his arms.

  Mike is the guy you go to. Mike is that person in your life that you know without a doubt you can go to and he will help you with whatever you need. Mike is the constant in your life, that big presence that tells you no matter what everything will be ok. This is who he is and has always been. The core of a person never changes. In his life no one has ever had a bad word about him. In his family, in his career, in his personal life- Mike is exemplary.

Thank you for your time,

*Elizabeth Jaeckle*

Elizabeth Jaeckle

1 Jonathan Ct

Defiance, MO 63341

(636) 828-4811

Ms. Elizabeth Jaeckle
1 Jonathan Ct.
Defiance, MO 63341-1331



**RECEIVED**

DEC - 6 2019

**ROBERT G. DOUMAR**

The Honorable Robert G. Doumar
Senior Judge of the U.S. District Court
for the Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

U.S. MARSHAL
INSPECTED

23510-190199