# Exhibit A

| Date | item | quantity | PO | DO | Company | Invoice # | Delivered | Remain | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2013 | Javelin Odyssey | 4 | 202526 | 202526 | Sky fusion | 27346 | 4 | 0 | $19,400.00 |
|  | Javelin Odyssey | 6 | 202527 | 202527 | Sky fusion | 27346 | 6 | 0 | $29,100.00 |
|  | Saber 2 Canopy | 10 | 202526 | 202526 | Sky fusion | 1485 | 10 | 0 | $22,000.00 |
|  | PD Reserve | 10 | 202526 | 202526 | Sky fusion | 1485 | 10 | 0 | $14,000.00 |
|  | Main Pilot Chute/ D bag | 10 | 202526 | 202526 | Sky fusion | 27278 | 10 | 0 | $3,050.00 |
|  | Main Parachute Risers | 10 | 202526 | 202526 | Sky fusion | 27278 | 10 | 0 | $2,500.00 |
|  | Main Parachute Cut Away Handl | 10 | 202526 | 202526 | Sky fusion | 27346 | 10 | 0 | $750.00 |
|  | Reserve Pilot Chute | 10 | 202526 | 202526 | Sky fusion | 27278 | 5 | 5 | $840.00 |
|  | Skyhook RSL | 10 | 202526 | 202526 | Sky fusion | 27346 | 10 | 0 | $2,900.00 |
|  | Reserve Parachute Rip Cord | 10 | 202526 | 202526 | Sky fusion | 27346 | 10 | 0 | $1,250.00 |
|  | Full Inspection and Assembly | 30 | 202526 | 202526 | Sky fusion | 1406 | 10 | 20 | $6,000.00 |
|  | Line Set PD | 10 | 202528 | 202528 | Sky fusion | 1485 | 10 | 0 | $4,500.00 |
|  | Reserve Pilot Chute | 10 | 202528 | 202528 |  |  |  |  |  |
| 11/18/2013 | Javelin Odyssey | 20 | 202552 | 202552 |  |  |  |  |  |
|  | Saber 2 Canopy | 28 | 202552 | 202552 | Sky fusion | 1485 | 10 | 18 | $20,900.00 |
|  | Reserve Canopy | 28 | 202552 | 202552 | Sky fusion | 1485/112113 | 11 | 17 | $14,630.00 |
|  | Pilot Chute Carry Bag | 30 | 202552 | 202552 |  |  |  |  |  |
|  | Main Pilot chute and D-bag | 10 | 202552 | 202552 |  |  |  |  |  |
|  | Line Set PD | 10 | 202552 | 202552 | Sky fusion | 1451 | 5 | 5 | $2,137.50 |
|  | Main Parachute Risers | 10 | 202552 | 202552 | Sky fusion | 1425 | 10 | 0 | $2,375.00 |
|  | Skyhook RSL | 15 | 202552 | 202552 |  |  |  |  |  |
|  | Reserve D-Bag and Skyhook | 20 | 202552 | 202552 |  |  |  |  |  |
| 11/21/2013 | Cypress 2 expert | 20 | 305292 | 305292 | Sky fusion | 121598 | 20 | 0 | $30,400.00 |
|  | Cypress 2 maintenance | 30 | 305292 | 305292 | Sky fusion | 121598 | 30 | 0 | $7,837.50 |
|  | Reserve Parachute Rip Cord | 10 | 305292 | 305292 | Sky fusion | 1425 | 2 | 8 | $237.50 |
|  | Verticle Suit Raptor 2 | 20 | 305292 | 305292 | Sky fusion | 2097-2100 | 5 | 15 | $5,700.00 |
|  | Tony Suit | 20 | 305292 | 305292 | Sky fusion | 1439, 1412 | 20 | 0 | $11,020.00 |
|  | Parachute bag blk | 40 | 305292 | 305292 | Sky fusion | 9639/10124 | 40 | 0 | $7,600.00 |
|  | O2 pocket | 40 | 305292 | 305292 |  |  |  |  |  |
|  | D-Bag main | 40 | 305292 | 305292 |  |  |  |  |  |
| 2/17/2014 | Parachute System MT 2XX | 20 | 305291 | 305291 | TPRS/GLGI | 0214-17/0614-7 | 15/5 |  | $290,500.00 |
|  | Canopy Main/Reserve MC-5 | 40 | 305291 | 305291 | TPRS/GLGI | 0214-17/0614-7 | 15/25 |  |  |
|  | Risers Main MC-5 | 80 | 305291 | 305291 | TPRS/GLGI | 0214-17/0614-7 | 30/50 |  |  |
|  | Bridle Pilot Chute Main | 40 | 305291 | 305291 | GLGI | 0614-7 |  |  | $300,000.00 |
|  | Pilot Chute Main CG | 40 | 305291 | 305291 | TPRS | 0214-17 | 15 |  |  |
|  | Rip cord Main Release | 40 | 305291 | 305291 |  |  |  |  |  |
|  | HC,MT2XX,WCYP red | 15 | 305291 | 305291 |  |  |  |  |  |
|  | Parachute Bag Carry | 15 | 305291 | 305291 |  |  |  |  |  |
| 2/18/2014 | Javelin Odyssey | 5 | 202599 | 202599 |  |  |  |  |  |
|  | Saber 2 Main | 8 | 202599 | 202599 |  |  |  |  |  |
|  | Reserve Canopy | 5 | 202599 | 202599 |  |  |  |  |  |
|  | Main Pilot chute and D-bag | 5 | 202599 | 202599 |  |  |  |  |  |
|  | Main Parachute risers | 5 | 202599 | 202599 | Sky fusion | 1451 | 5 | 0 | $1,187.50 |
|  | Reserve Parachute Rip Cord | 5 | 202599 | 202599 |  |  |  |  |  |
| 3/25/2014 | saber 2 Main | 1 | 202611 | 202611 |  |  |  |  |  |
|  | Reserve Canopy | 1 | 202611 | 202611 |  |  |  |  |  |
|  | Line set PD | 1 | 202611 | 202611 |  |  |  |  |  |
| 5/8/2014 | Cypress 2 INST/MAINT | 10 | 202630 | 202630 | Sky fusion | 15002/130272 | 7 | 9 | $29,840.00 |
|  | Reserve Canopy | 20 | 305399 | 305399 | Sky fusion/SSTC | 15002/1282017-1 | 13 | 7 | $14,630.00 |
|  | Line set PD | 20 | 305399 | 305399 | Desert Skies Para Riggin | EOD030317 | 4 | 16 | $940.00 |
|  | Saber 2 Main | 20 | 305400 | 305400 | Sky fusion/SSTC | 15002/15010/1282017-1 | 15 | 5 | $31,500.00 |
|  | Javelin Odyssey | 10 | 305401 | 305401 | ARNE | 11142017-1/10021 | 10 | 0 | $46,070.00 |
|  | Javelin Odyssey | 10 | 305404 | 305404 | SSTC |  | 1 | 9 | $4,607.00 |
| 5/17/2014 | Crye/Military Shirts | 20 | SUB |  | GSS/Sky Fusion | 5558 | 20 | 0 | $3,768.60 |
| 9/12/2014 | Altimeters | 20 | SUB |  | ARNE | 45663 | 20 | 0 | $6,120.00 |
| 6/30/2015 | Altimeters | 20 | 202630 | 202630 | L&B | 45663 | 20 | 0 | $6,120.00 |
| 7/10/2015 | Go Pro | 6 |  |  | Nex |  |  |  | $2,550.00 |
| 7/26/2015 | Cookie Helmets/Accessories | 30 |  |  | Cookie | SSUF2500-1/2 | 30 | 0 | $11,754.00 |
| 12/2/2016 | Spot | 40 |  |  | Spot |  |  |  | $6,995.58 |
| 12/3/2016 | Mountain Load out Kit | 45 | 3 |  | Tidewater Tatical | 23799 |  |  | $79,404.16 |
| 1/18/2017 | Altimeter N3 Tatical | 30 | 17-31671 |  | Alti-2 |  | 30 | 0 | $17,930.00 |
| 2/4/1957 | Cookie Helmets/Accessories | 1 |  |  | Cookie |  |  |  | $20,745.00 |
| 2/16/2017 | Mohoc | 20 | 2155 |  | Mohoc | 2155 |  |  | $10,325.57 |
| 3/3/2017 | Misc parachute parts | 112 |  |  | Desert Skies Para Riggin | eod030317 |  |  | $4,014.00 |
| 4/1/2017 | Spot | 80 | SUB |  | Spot | 9210150 | 80 | 0 | $7,690.00 |
| 4/5/2017 | Calibration chamber | 1 |  |  | Angels instruments | W7844 | 1 |  | $275.00 |
| 5/9/2017 | GPS/Altimeter/Compass | 20 | 25031/25063 |  | Strohman Enterprise |  | 20 | 0 | $11,980.00 |
| 5/11/2017 | Misc parachute parts | 1 |  |  | Desert Skies Para Riggin | ARNE051117 |  |  | $5,202.00 |
| 12/21/2017 | Montana exposure loadout | 1 |  |  | Tidewater Tatical | 17348 |  |  | $41,952.00 |
| 1/1/2018 | Spot | 80 |  |  | Spot |  |  |  | $10,492.16 |
| 4/6/2018 | Spot | 80 |  |  | Spot |  |  |  | $10,496.12 |
| 1/15/2018 | Gear Rental, Montana |  | 1 | John Nolan |  |  |  |  | $34,301.00 |
|  |  |  |  |  |  |  |  | total | $1,220,517.19 |

| | |
|---|---|
| Total contract with Vet Log: | $1,434,701.50 |
| Total ARNE Purchased: | $409,787.00 |
| Total ARNE Purchased not on co | $220,230.19 |
| Total GLGS and TPRS: | $590,500.00 |
| Total Remaining: | $434,414.50 |