IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 2:19cr87 |
| | ) | |
| MIKEL MANTHEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of the Defendant, Mikel Manthey, Jr., by and through counsel, for

an order continuing the sentencing hearing date, and it appearing to the Court that

good cause has been shown for said request, it is

ORDERED that the sentencing hearing date is continued from February 10,

2020 until a later date determined by the Court and counsel of record.


Norfolk, Virginia

Date:_____                    _____
                                                              Judge



I ASK FOR THIS:


_____/s/_____
Jon M. Babineau, Esquire
Virginia Bar Number: 27461
Attorney for Defendant Mikel Manthey, Jr.
JON M. BABINEAU, PC
109 East Main Street, Suite 413
Norfolk, VA  23510
Phone:  (757) 622-8631
Fax:  (757) 226-0621
jon@babineaulaw.com